**JIAHUA HUANG; Huan Huang, Petitioners,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 06–60325
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 2, 2007.

Raed Gonzalez, Quan, Burdette & Perez, Houston, TX, for Petitioners.

Thomas Ward Hussey, Director, John S. Hogan, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, John Clifford Cunningham, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Alberto R. Gonzales, Washington, DC, pro se.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Jiahua Huang and his son, Huan Huang, petition for review of the Board of Immigration Appeals' dismissal of their appeal of the Immigration Judge's order pretermitting their applications for adjustment of

---

status. The Huangs argue that their motion to reopen proceedings vacated the prior order that they voluntarily depart by a certain date. This argument lacks merit. *Banda–Ortiz v. Gonzales,* 445 F.3d 387 (5th Cir.2006), *cert. denied,* —— U.S. ——, 127 S.Ct. 1874, 167 L.Ed.2d 363 (2007). The Huangs argue that the BIA's order reopening proceedings was an implicit holding that they were statutorily eligible for adjustment of status and that this comprises the "law of the case." This argument is without merit. The referenced order expressly afforded both parties the opportunity to present evidence regarding the Huangs' statutory and discretionary eligibility for adjustment of status. There was no finding, implicit or otherwise, that the Huangs were statutorily eligible for adjustment of status.

PETITION DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.